# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT ST. ONGE and | ) | Chapter 12 |
| JUDITH ST. ONGE, | ) | Case No. 07-21019 |
| | ) | |
| BELTIE, INC. | ) | Chapter 12 |
| d/b/a/ WINTERWOOD FARM COMPOST | ) | Case No. 07-21016 |
| | ) | |
| WINTERWOOD FAR, LLC | ) | Chapter 12 |
| | ) | Case No. 07-21017 |
| | ) | |
| WINTERWOOD ACRES, INC., | ) | Chapter 12 |
| | ) | Case No. 07-21018 |
| Debtors | ) | |

## NOTICE OF HEARING

Notice is hereby given that the hearing on the State of Maine Department of Environmental Protection's motion for clarification of the scope of the automatic stay or in the alternative motion for relief from stay will be held on May 6, 2008, at 9:00 a.m. at the Bankruptcy Court, 537 Congress Street in Portland.

If you wish to object to the motion, such objection must be served on the State of Maine and other parties to this matter by means of electronic filing or first-class mail on or before May 5, 2008.

DATED: April 23, 2008          /s/ Elizabeth J. Wyman_____
ELIZABETH J. WYMAN
Assistant Attorney General
6 State House Station
Augusta, ME 04430
207/626-8852

Attorney for the Maine Department
of Environmental Protection