# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| IN RE: | ) | |
| --- | --- | --- |
| | ) | |
| ROBERT ST. ONGE and | ) | Chapter 12 |
| JUDITH ST. ONGE, | ) | Case No. 07-21019 |
| | ) | |
| BELTIE, INC. | ) | Chapter 12 |
| d/b/a/ WINTERWOOD FARM COMPOST | ) | Case No. 07-21016 |
| | ) | |
| WINTERWOOD FAR, LLC | ) | Chapter 12 |
| | ) | Case No. 07-21017 |
| | ) | |
| WINTERWOOD ACRES, INC., | ) | Chapter 12 |
| | ) | Case No. 07-21018 |
| Debtors | ) | |

## ORDER

After hearing, the State of Maine Department of Environmental Protection's Motion for clarification of the scope of the automatic stay or in the alternative Motion for relief from stay is hereby GRANTED.

ORDERED that the State of Maine Department of Environmental Protection may proceed with its Motion for Contempt, York County Superior Court Docket No. CV-06-228, against the debtors pursuant to 11 U.S.C. § 362(b)(4) as an exercise of its police power to enforce state environmental laws.

Dated:_____  _____

James B. Haines, Jr.
Judge, U.S. Bankruptcy Court