# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT ST. ONGE and | ) | Chapter 12 |
| JUDITH ST. ONGE, | ) | Case No. 07-21019 |
| | ) | |
| BELTIE, INC. | ) | Chapter 12 |
| d/b/a/ WINTERWOOD FARM COMPOST | ) | Case No. 07-21016 |
| | ) | |
| WINTERWOOD FAR, LLC | ) | Chapter 12 |
| | ) | Case No. 07-21017 |
| | ) | |
| WINTERWOOD ACRES, INC., | ) | Chapter 12 |
| | ) | Case No. 07-21018 |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

I, Elizabeth J. Wyman, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the State of Maine's motion for clarification of scope of the automatic stay or alternative motion for relief from stay, proposed order and notice of hearing was made April 23, 2008, by the means indicated below:

| | |
|---|---|
| James F. Molleur, Esq.<br>Attorney for Debtor | electronically |
| Peter Fessenden, Esq.<br>Trustee | electronically |
| Stephen G. Morrell, Esq.<br>Assistant U.S. Trustee | electronically |

DATED: April 23, 2008         /s/ Elizabeth J. Wyman_____
ELIZABETH J. WYMAN
Assistant Attorney General
6 State House Station
Augusta, ME  04430
207/626-8852
Attorney for the Maine Department
of Environmental Protection